# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**Donald Wilson**

**vs.**

**Pamela Michelle O'Dell. PA-C**

Action No:   4:23cv20

Date:   6/17/2024

Judge:   Elizabeth K. Dillon

Court Reporter:   M. Butenschoen

Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)

Bettina C. Altizer

Defendant Attorney(s)

Michelle Warden

PROCEEDINGS:

Parties present by counsel for oral argument on Plaintiff's First Motion for Leave to File a Response in Opposition to dkt. 15 Amended Rule 12(b)(6) Motion to Dismiss (dkt. 25) Argument, Objections, Rebuttal as reflected in the record.

Court grants Motion for Leave to File a Response for reasons as stated on the record. Plaintiff has 7 days from today to file that Motion. Any reply to be filed within 7 days.

Court further orders that plaintiff's counsel pay any reasonable attorney fees and costs to defense counsel for hearing this motion. Defendant to provide costs/fees to plaintiff within 14 days. Parties are to let the court know if there is any dispute as to what is reasonable.

Time in Court: 3:22 – 3:57p; 35m