IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/23/2026

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

| | | |
|---|---|---|
| DONALD WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:23-cv-00020 |
| | ) | |
| PAMELA MICHELLE O'DELL, PA-C, | ) | By:  Elizabeth K. Dillon |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

## ORDER OF VOLUNTARY DISMISSAL

On this day came Plaintiff, by counsel, and moved to voluntarily dismiss this action

pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Upon consideration of this

motion, and finding that there is no objection to the motion by the Defendant, it is hereby

ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE.

Entered: March 23, 2026.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
Chief United States District Judge